**EXHIBIT C**



**USAFunds**
P.O. BOX 158
ARCADE NY 14009

ADDRESS SERVICE REQUESTED
565284

05/21/2007

#BWNDLZK                                  081
#R000 09B3 DZB7#         *B-01-NL9-DM-00028
||.||.||..|||..|.|.|.|.||..|..||.|.|..||.|.|..||..||
*****************************SNGLP
CRACKER BARREL
ATTN GARNISHMENTS                     1
PO BOX 787
LEBANON TN 37088-0787


IN RE:
STUDENT LOAN DEBT OF
PATRICIA BENNETT, DEBTOR

EMPLOYER:
    CRACKER BARREL
    ATTN GARNISHMENTS
    PO BOX 787
    LEBANON TN 37088

### SECOND NOTICE OF ORDER OF WITHHOLDING FROM EARNINGS

On 04/18/07, United Student Aid Funds issued an **ORDER OF WITHHOLDING FROM EARNINGS for PATRICIA BENNETT (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) REQUIRING THE EMPLOYER TO WITHHOLD A PERCENTAGE OF THE DEBTORS WAGES FOR PAYMENT OF DEFAULTED STUDENT LOAN(S).** Our records indicate this debtor is employed by your company.

United Student Aid Funds records reflect that, as of the date of this Second Notice, **WE HAVE NOT RECEIVED THE WAGE WITHHOLDING PAYMENTS THE ORDER OF WITHHOLDING REQUIRES THE EMPLOYER TO MAKE.**

**Under federal law, United Student Aid Funds MAY SUE ANY EMPLOYER WHO FAILS TO WITHHOLD WAGES AFTER RECEIPT OF AN ORDER OF WITHHOLDING.** If United Student Aid Funds is forced to file suit, it is entitled to seek not just the amount an employer fails to withhold, but also attorney's fees, court costs, and punitive damages. **UNLESS YOUR WITHHOLDING PAYMENT IS RECEIVED WITHIN THIRTY DAYS AFTER THE ISSUANCE OF THIS SECOND NOTICE, United Student Aid Funds MUST REVIEW THIS MATTER FOR LEGAL ACTION.**

**IF THE DEBTOR REFERENCED IN THE ORDER OF WITHHOLDING NO LONGER WORKS FOR YOU,** you must notify **Pioneer Credit Recovery, Inc.** to preclude liability for failure to comply with the Order. A second Employer Acknowledgment of Wage Withholding Obligation is enclosed with this Second Notice. You must fill out the appropriate spaces on the form and return it to **Pioneer Credit Recovery, Inc.** immediately so that the Order of Withholding may be released.

If you have not sent in a wage withholding payment for this debtor because **THE DEBTOR'S NEXT PAY PERIOD FOLLOWING THE ISSUANCE OF THE ORDER WITHHOLDING HAS NOT YET OCCURRED,** you must fill out the pay period information on the Employer Acknowledgment and return it to **Pioneer Credit Recovery, Inc.** immediately.

**IF YOU HAVE ALREADY MADE THE WAGE WITHHOLDING PAYMENT(S) FOR THIS DEBTOR,** please

**Important information can be found on the back of this page ...**

call **Pioneer Credit Recovery, Inc.** at the number listed below to confirm the payment was received.
**YOUR COOPERATION IS ESSENTIAL TO THE SUCCESS OF THIS PROGRAM.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS SECOND NOTICE OR THE WITHHOLDING PROCESS, PLEASE CALL 1-877-907-1804.**
**THIS SECOND NOTICE IS ISSUED ON May 21, 2007.**

**Important information can be found on the next page ...**

**Employer Acknowledgment of Wage Withholding**

IN RE:
STUDENT LOAN DEBT OF
PATRICIA BENNETT, DEBTOR

**EMPLOYER ACKNOWLEDGMENT
OF WAGE WITHHOLDING**

I, (Name)_____, on behalf of (Employer)_____
acknowledge receipt of the Order of Withholding from Earnings for
(Debtor)_____, (SSN)_____.

* The above-named debtor is an employee of this company and payments of approximately
$_____ (15% of disposable pay) will be forwarded to _____ on a
(Weekly/Biweekly/Other) basis.

* The address this company has for the debtor is different than the address listed on the Order of Withholding. Our records reflect the address is:
_____
_____
_____

* The above-named debtor is no longer employed by this company. His/Her date of termination was
_____.

Debtor's Last Known Address:
_____
_____
_____

Debtor's Subsequent Employer and Phone Number (if known):
_____
_____
_____

_____
(Signature)

_____
(Date)

_____
(Telephone Number)

RETURN THIS FORM WITHIN 10 BUSINESS DAYS TO:
**Pioneer Credit Recovery, Inc.
P.O. Box 158
Arcade NY 14009**

**Important information can be found on the next page ...**

PCR-J-7038