**07 CIV 9746**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STUDENT AID FUNDS, INC. | : | |
| Plaintiff, | : | Civil Action No. |
| -against- | : | |
| CRACKER BARREL, | : |  |
| Defendant. | : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for plaintiff, United Student Aid Funds, Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of United Student Aid Funds, Inc., which are publicly held:

None.

Signature of Attorney
John A. Wait (JW 2558)

NY1 62114v1 10/11/07