*Sweet, J.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STUDENT AID FUNDS, INC.

        Plaintiff,

-against-

CRACKER BARREL OLD COUNTRY, STORE, INC.,

        Defendant.

Civil Action No. 07-cv-9746

**NOTICE OF DISMISSAL**



RECEIVED JAN 2 5 2008 JUDGE SWEET CHAMBERS

PLEASE TAKE NOTICE the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: January 22, 2008
      New York, New York

FOX ROTHSCHILD LLP
Attorneys for Plaintiff

100 Park Avenue, Suite 1500
New York, New York 10017
Attn: John A. Wait, Esq.
(212) 878-7900

By: _____
John A. Wait (JW 2558)

**SO ORDERED:**

Dated: New York, New York
    1-28, 2008

_____
U. S. District Judge Robert W. Sweet

NY1 100353v1 01/21/08